UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 17-7970-MWF(GJSx)**                    Dated: **December 18, 2017**

Title:      Terri Alves -*v*- 8 Figure Dream Lifestyle LLC, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

            Cheryl Wynn                              None Present
            Relief Courtroom Deputy                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

            None Present                              None Present

PROCEEDINGS (IN CHAMBERS):          ORDER TO SHOW CAUSE

        In light of the Notice of Settlement filed December 13, 2017, the Court sets a hearing
on Order To Show Cause Re Dismissal for **February 12, 2018 at 11:30 a.m.**  If a stipulated
dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is
needed.  *All other dates are hereby vacated.*

        **IT IS SO ORDERED.**

MINUTES FORM 90                                 Initials of Deputy Clerk __cw__
CIVIL - GEN
                                    -1-